IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESTER WILSON, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:16-CV-1636 |
| v. | : |
| | : (Judge Caputo) |
| WARDEN, SCI GRATERFORD, | : |
| Respondent | : |

**O R D E R**

**AND NOW**, this **9th** day of **AUGUST**, **2018**, upon consideration of Mr. Wilson's petition for writ of habeas corpus, and in accordance with the Court's Memorandum of the same date, it is **ORDERED** that:

1. The petition for a writ of habeas corpus (ECF No. 1) filed pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

                                                 /s/ A. Richard Caputo
                                                 **A. RICHARD CAPUTO**
                                                 **United States District Judge**